IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ELTON MARVIN CROMWELL, :
:
    Petitioner :
:
  v. : CIVIL NO. 3:CV-13-1730
:
ERIC HOLDER, ET AL., : (Judge Brann)
:
    Respondents :

## ORDER

October 16, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

    2.    The Clerk of Court is directed to **CLOSE** the case.

    3.    Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

    BY THE COURT:

    s/Matthew W. Brann
    Matthew W. Brann
    United States District Judge